IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:19-cr-00042 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| | ) | |
| JORGE FLORES | ) | |

## ORDER

Pending before the Court is the Government's "Motion to Dismiss Superseding Indictment" (Doc. No. 56, "Motion"). Via the Motion, the Government seeks to dismiss the Superseding Indictment (Doc. No. 33) without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Motion is GRANTED, and the Superseding Indictment is hereby DISMISSED without prejudice.

IT IS SO ORDERED.


_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE